IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30832
Conference Calendar
_____

HORACE ALEXANDER,

Plaintiff-Appellant,

versus

ROBERT TROYER, Public Defender of the 21st
Judicial District Court of Amite, Louisiana,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-1126
- - - - - - - - - -
March 6, 1996

Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Horace Alexander, proceeding pro se and in forma pauperis
(IFP), appeals the dismissal of his civil rights action as
frivolous under 28 U.S.C. § 1915(d).  Alexander sued Robert
Troyer, a public defender, and the Public Defenders Office of the
21st Judicial District Court of Amite, Louisiana, because
Alexander was incarcerated for approximately fourteen months
without being convicted or sentenced.

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

We have reviewed the record and the district court's opinion and perceive no issue of arguable merit.  Accordingly, we dismiss the appeal as frivolous.  5th Cir. R. 42.2.

We caution Alexander that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Alexander is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.